1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UDI FISHMAN,                              No.  2:14-cv-1163 KJM DAD P

12                 Plaintiff,

13        v.                                   ORDER

14   DR. G. CHEUNG et al.,

15                 Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with this civil rights action.  On May 19,

18   2015, plaintiff filed a motion to dismiss this action without prejudice.  On May 27, 2015, the

19   court ordered defendants to file a response to plaintiff's motion.  Defendants have filed a

20   statement of non-opposition to the motion.  Pursuant to Fed. R. Civ. P. 41(a), the court will honor

21   plaintiff's request.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  Plaintiff's motion to dismiss this action (Doc. No. 35) is granted; and

24        2.  This action is dismissed without prejudice.

25   Dated:  June 16, 2015

26

27   DAD:9
     fish1163.59
                                      DALE A. DROZD
28                                    UNITED STATES MAGISTRATE JUDGE

                                          1